**Anthony Jerome WALKER,
Plaintiff—Appellant,**

v.

**Janet COLEMAN, Defendant—
Appellee.**

**No. 09–7026.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2009.

Decided: Aug. 24, 2009.

Anthony Jerome Walker, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jerome Walker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walker v. Coleman,* No. 5:09–ct–03054–BO (E.D.N.C. May 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*